PHILLIP A. TALBERT
United States Attorney
NICOLE VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

**FILED**
Oct 31, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LYLE JIM, <br><br> Defendant. | CASE NO. 2:24-cr-0294 DAD <br><br> ORDER TO SEAL <br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Nicole Vanek to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated:  October 31, 2024

_____
HONORABLE CHI SOO KIM
United States Magistrate Judge