1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR
   Assistant Federal Defender
3  OFFICE OF THE FEDERAL DEFENDER
   801 I Street, 3rd Floor
4  Sacramento, CA  95823
   Telephone: 916-498-5700
5  Fax: 916-498-5710

6  Attorneys for Defendant
   LYLE JIM
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) Case No.  2:24-CR-00294-DAD
                                     )
12 |               Plaintiff,         ) STIPULATION AND ORDER TO CONTINUE
                                     ) STATUS CONFERENCE AND EXCLUDE
13 | v.                               ) TIME
                                     )
14 | LYLE JIM ,                       )
                                     ) New Date:  March 24, 2025
15 |               Defendant.         ) Time:  9:30 a.m.
                                     ) Hon. Dale A. Drozd
16                                   )

17 ─────────────────────────────────

18     IT IS HEREBY STIPULATED by and between the parties hereto through their

19 respective counsel, that the status conference currently scheduled for February 10, 2025 at 9:30

20 a.m. be continued to **March 24, 2025 at 9:30 a.m.**

21     Defense counsel requests the additional time in order to obtain new counsel for Mr. Jim

22 and so that incoming counsel may review the discovery and fully discuss the case and a proffered

23 plea offer with Mr. Jim.

24     //

25     //

26

27

28

Stipulation and Order to Continue Status          -1-          *US v. Jim*, 2:24-CR-00294-DAD
Conference

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 24, 2025; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: February 3, 2025

*/s/ R. Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for Defendant
LYLE JIM


MICHELE BECKWITH
Acting United States Attorney

DATED:  February 3, 2025

*/s/ Nicole Vanek*
NICOLE VANEK
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 24, 2025, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4). It is further ordered that the status conference currently scheduled for February 10, 2025, at 9:30 a.m. is hereby continued to March 24, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **February 3, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE