```
MICHELE BECKWITH
Acting United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00294-DAD |
|---|---|
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | DATE: March 24, 2025, |
| LYLE JIM, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Lyle Jim, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on March 24, 2025,.

2. By this stipulation, the parties now move to continue the status conference to May 12, 2025.

3. Counsel for defendant was assigned to this matter in February of 2025, and requests more time to review discovery which includes numerous videos, photographs, documents, and reports.

4. The government does not oppose the requested continuance.

5. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 12, 2025; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon defense counsel's recent

appointment and receipt of discovery.

6. Both parties also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: March 19, 2025                           MICHELE BECKWITH
                                                Acting United States Attorney

                                                /s/ *NICOLE VANEK*
                                                NICOLE VANEK
                                                Assistant United States Attorney

Dated: March 19, 2025                           /s/ *OLAF HEDBERG*
                                                OLAF HEDBERG
                                                Counsel for Defendant
                                                LYLE JIM

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for March 24, 2025, is continued to May 12, 2025 at 9:30 a.m. and time is excluded pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4.

IT IS SO ORDERED.

Dated: __**March 19, 2025**__                  _____
                                                DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE