The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>LYLE JIM | Case Number:  2:24-cr-00294-DJC<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET MOTION SCHEDULE**<br><br>**DATE: May 8, 2025**<br>**TIME: 9 AM**<br>**DEPT: DJC** |

   It is hereby stipulated and agreed by AUSA Nicole Vanek and Olaf Hedberg, attorney for

Defendant Lyle Jim that the Status Conference currently set for May 8, 2025 may be vacated and

the below motion schedule may be set.

   After both defense counsel and government's counsel conferred, the parties have agreed

to the following motion schedule in this matter:

   ▪ The motion to suppress shall be filed on or before **May 22, 2025**;

   ▪ Government opposition shall be filed on or before **May 29, 2025**;

1

1    ▪ Defense reply shall be filed on or before **June 5**; **2025**,

2    ▪ The hearing on the motion to suppress shall be held on **June 12, 2025 at 9:00 a.m.**

3    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act),

4    all parties request that the time period between May 8, 2025 and June 12, 2025 (inclusive) be

5    deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would

6    result from a continuance granted by the Court at both defense counsel's request, based on a

7    finding that the ends of justice served by granting the continuance outweighs the best interest of

8    the public and Mr. Jim in a speedy trial.

9

10

11    Dated: April 30, 2025                            //s/*Nicole Vanek*
                                                        Assistant United States Attorney

12

13

14    Dated: April 30, 2025                            /s/*Olaf w. Hedberg*
                                                        Attorney for Lyle Jim

15

16

17

18

19

20

21

22

23

24

25

1

ORDER

2

3

4        The Court, having received and considered the parties' stipulation, and good cause

appearing therefrom, adopts the parties' stipulation in its entirety as its order.

5

6

7    IT IS SO ORDERED

8

9
    Dated:  May 2, 2025                        /s/ Daniel J. Calabretta

10                                            THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25