The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>LYLE JIM | Case Number: 24-294 DJC<br><br>**STIPULATION AND ORDER FOR TEMPORARY FUNERAL RELEASE** |

    It is hereby stipulated and agreed by AUSA Nicole Vanek and Olaf Hedberg, attorney for Defendant Lyle Jim that:

    1. The Defendant's mother, Susan C. Jim, has recently passed away. It is further stipulated that funeral services of Ms. Jim will be held at 11 am on June 4, 2025 at Elk Grove Pavilion, 9950 Elk Grove-Florin Rd., Elk Grove, CA 95624.

    2. Defense Counsel has conferred with Investigator Martin Whited who has agreed to act as third party custodian and transport Mr. Jim to and from the Butte County jail where he is currently housed so the Mr. Jim can attend the services.

3. Investigator Whited will pick Mr. Jim up at the Butte County jail at 7 am on June 4th, 2025 and transport him directly to the service. Investigator Whited will then transport Mt. Jim back to the Butte County Jim by 5 pm, or as soon as possible taking into account traffic congestion issues en route.

4. Mr. Jim will comply with all directions from Investigator Whited during the period of his temporary release.

Dated: May 23, 2025                              //s/*Nicole Vanek*
                                                 Assistant United States Attorney


Dated: May 23, 2025                              /s/*Olaf w. Hedberg*
                                                 Attorney for Lyle Jim

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that defendant Lyle Jim be release from the Butte County Jail at 7:00 a.m. on June 4, 2025. It is further ordered that Mr. Jim be released to defense investigator Martin Whited, who will serve as a third party custodian of Mr. Jim. Defense investigator Whited is directed to transport and accompany Mr. Jim to the defendant's mother's funeral at Elk Grove Pavilion, 9950 Elk Grove-Florin Rd., Elk Grove, CA 95624 for the purpose of attending the funeral of Ms. Susan C. Jim. Mr. Jim is ordered to return to the Butte County jail upon the conclusion of the proceedings, by 5:00 p.m., or as soon as possible taking into account traffic congestion issues en route on June 4, 2025. Mr. Jim is ordered to comply with all directions of the third party custodian.

DATED: May 23, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE