The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>LYLE JIM | Case Number:  24-294 DJC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RESCIND ORDER FOR TEMPORARY FUNERAL RELEASE** |

  It is hereby stipulated and agreed by AUSA Nicole Vanek and Olaf Hedberg, attorney for Defendant Lyle Jim that:

  1. On May 27, 2025 the Hon. Sean Riorden signed a proposed order directing that Lyle Jim be granted temporary one day release to attend the funeral of his mother on June 4, 2025 (PACER #44).

2. On June 2, 2025 attorney Olaf Hedberg was informed by USMS Scott Fiegelson that Mr. Jim has a detainer out of Sacramento County and that the effect of the release order would be that Mr. Jim would be transported to Sacramento County jail instead of being allowed to attend his mother's funeral;

3. Despite his best efforts Atty. Hedberg has been unable to get the detainer lifted.

4. As a result Attorney Hedberg is requesting the release order (PACER #44) be rescinded.

5. Attorney Hedberg has communicated this with AUSA Nicole Vanek who agrees with the recession of PACER #44.


Dated: June 3, 2025                    //s/*Nicole Vanek*
                                       Assistant United States Attorney


Dated: June 3, 2025                    /s/*Olaf w. Hedberg*
                                       Attorney for Lyle Jim

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the release order signed by the Hon Sean Riorden (PACER #44) be rescinded and that defendant Lyle Jim **not** be release from the Butte County Jail at 7:00 a.m. on June 4, 2025 as had been previously ordered.

DATED: June 3, 2025

HON. SEAN C. RIORDEN
UNITED STATES MAGISTRATE JUDGE