The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>V.<br><br>LYLE JIM | Case Number: 24-CR-294 DJC<br>**STIPULATION AND ORDER**<br><br>Date: October 20, 2025<br>Time: 9:00 am<br>Judge: Hon Donald J. Calabretta |

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney Nicole Vanek, and Defendant, Lyle Jim, by and through his attorney of record, Olaf Hedberg, hereby move to continue the judgment and sentencing hearing currently scheduled for November 20, 2025 at 9 a.m. to December 18, 2025 at 9:00 am, based on the following:

1. By previous order, the judgment and sentencing hearing was set for November 20, 2025.

2. Additional time is needed for Defense counsel to review Sacramento County Court files related to sentencing. The files have been ordered, however because they are older and kept in storage it will take several weeks to have them brought to the county court so that they can be reviewed by counsel. The parties have consulted with Probation Officer Sarah Brown and she agrees with this request.

3. The parties and Officer Brown concur that the following Schedule of Disclosure be adopted:

A. Sentencing date: **12/18/25**

B. Sentencing Memorandum & Reply or Statement of Non-Opposition: **12/11/25**

C. Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than**:** **12/4/25**

D. The Presentence Report shall be filed with the Court And disclosed to counsel no later than: **11/26/25**

E. Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: **11/20/25**

IT IS SO STIPULATED

Respectfully submitted

/s/ Olaf W. Hedberg                                             /s/Nicole Vanek
Olaf W. Hedberg                                                   Nicole Vanek
Attorney for Lyle Jim                                           Assistant US Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the November 20, 2025 sentencing hearing be continued to December 18, 2025 and the following Schedule of Disclosure be adopted:

A. Sentencing date: **12/18/25**

B. Sentencing Memorandum & Reply or Statement of Non-Opposition: **12/11/25**

C. Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than**:** **12/4/25**

D. The Presentence Report shall be filed with the Court And disclosed to counsel no later than: **11/26/25**

E. Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: **11/20/25**

IT IS SO ORDERED.

Dated: October 22, 2025         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE