The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>V.<br><br>LYLE JIM | Case Number: 24-CR-294 DJC<br>**STIPULATION AND ORDER**<br>Date: October 20, 2025<br>Time: 9:00 am<br>Judge: Hon Donald J. Calabretta |

 By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney Nicole Vanek, and Defendant, Lyle Jim, by and through his attorney of record, Olaf Hedberg, hereby move to continue the judgment and sentencing hearing currently scheduled for December 18, 2025 at 9 a.m. to, April 16, 2026 at 9 am, based on the following:

 1. By previous order, the judgment and sentencing hearing was set for December 18, 2025.

 2. Additional time is needed for Defense Counsel to retain a new investigator to prepare a mitigation report. Counsel had retained an investigator for this task. Counsel had retained investigator Kramer Greenberg for this task. However, on November 19, 2025 Investigator Greenberg was arrested for witness tampering in San Joaquin County. Counsel now needs to have all work done by Investigator Greenberg redone by a new

investigator in order to cure any potential issues created by Investigator Greenberg's arrest. Counsel has spoken with investigator Kristen Hansen who has agreed to take the case. Investigator Hansen believes the work can be completed in time for its use in April. The parties have consulted with Probation Officer Sarah Brown and she agrees with this request.

3. The parties and Officer Brown concur that the following Schedule of Disclosure be adopted:

A. Sentencing date: **4/16/26**

B. Sentencing Memorandum & Reply or Statement of Non-Opposition: **4/9/26**

C. Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than**: 12/4/25**

IT IS SO STIPULATED

Respectfully submitted

| /s/ Olaf W. Hedberg | /s/Nicole Vanek |
|---|---|
| Olaf W. Hedberg | Nicole Vanek |
| Attorney for Lyle Jim | Assistant US Attorney |

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the December 18, 2025 sentencing hearing be continued to 4/16/26 and the following Schedule of Disclosure be adopted:

A. Sentencing date: **4/16/26**

B. Sentencing Memorandum & Reply or Statement of Non-Opposition: **4/9/26**

C. Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than**:**   **12/4/25**

IT IS SO ORDERED.

Dated:  December 3, 2025                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE