The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STATES OF AMERICA

V.

LYLE JIM

Case Number:  24-CR-294 DJC

**STIPULATION AND ORDER**

**Date: April 16, 2026**
**Time: 9:00 am**
**Judge: Hon Donald J. Calabretta**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney Nicole Vanek, and Defendant, Lyle Jim, by and through his attorney of record, Olaf Hedberg, hereby move to continue the judgment and sentencing hearing currently scheduled for April 16, 2026 at 9 a.m. to, May 28 at 9 am, based on the following:

1. By previous order, the judgment and sentencing hearing was set for April 16, 2026.

2. Additional time is needed for Defense Counsel to retain a new investigator to prepare a mitigation report. Counsel had retained an investigator for this task. Counsel had retained investigator Kramer Greenberg for this task. However, on November 19, 2025 Investigator Greenberg was arrested for witness tampering in San Joaquin County. Counsel now needs to have all work done by Investigator Greenberg redone by a new investigator in order to cure any potential issues created by Investigator Greenberg's arrest. Counsel has spoken with investigator Kristen Hansen who has agreed to take the

1

case. Investigator Hansen has ordered Mr. Jim's Central File ("C-File") from CDCR. However that material has not arrived yet. Investigator Hansen and Attorney Hedberg need to review those records for use at sentencing in the matter at bar.

The parties have consulted with Probation Officer Sarah Brown and she agrees with this request.

3. The parties and Officer Brown concur that the following Schedule of Disclosure be adopted:

A. Sentencing date: **5/28/26**

B. Sentencing Memorandum & Reply or Statement of Non-Opposition: **5/21/26**

IT IS SO STIPULATED

Respectfully submitted

/s/ Olaf W. Hedberg                                    /s/Nicole Vanek
Olaf W. Hedberg                                         Nicole Vanek
Attorney for Lyle Jim                                  Assistant US Attorney

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the April 16, 2026 sentencing hearing be continued to 5/28/26 and the following Schedule of Disclosure be adopted:

A. Sentencing date:                                                                **5/28/26**

B. Sentencing Memorandum & Reply or Statement of Non-Opposition:  **5/18/26**

IT IS SO ORDERED.

Dated:  April 1, 2026                              /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE