The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

LYLE JIM

Case Number:  2:24-cr-00294 DJC

**FINDINGS AND ORDER SEALING DEFENDANT'S REQUEST TO SEAL AND SENTENCING BRIEF**

Having considered the Defendant's Request to Seal and accompanying medical Exhibit C,  Local Rule 141(b) and the considerations set forth in the case of *Oregonian Publishing Co. v. United States District Court for the District of Oregon*, 920 F.2d 1462, 1466 (9th Cir. 1990) .

THE COURT HEREBY FINDS THAT:

1. Defendant's privacy interest as well as the privacy interests of third parties and Defendant's right to effective assistance of counsel are compelling interests;

2. In the absence of sealing these compelling interests would be harmed;

3. There are no alternatives to sealing that would adequately protect those compelling interests.

Therefore IT IS ORDERED THAT Defendant' accompanying Exhibit A, and Request to Seal be filed under seal

Dated:  May 19, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE